# United States District Court

**Eastern District of California**

FILED
AUG 02 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

First Amend

**UNITED STATES OF AMERICA**

**CRIMINAL COMPLAINT**

V.

**BRENDON BELLUOMINI**

**DOCKET NUMBER:**

I, legal intern John Preis, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Brendon Shaine BELLUOMINI did:

**Count 1:** Presence in a park area when under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person, or damage property or park resources, in violation of Title 36, Code of Federal Regulations, Section 2.35(c).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Possession of a controlled substance, psilocybin mushrooms, in violation of Title 36, Code of Federal Regulations, Section 2.35(b)(2).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state I am a legal intern and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On Thursday July 6, 2017, at approximately 5:45 p.m., Officer McComb was dispatched to a visitor assistance call at the lower falls bus stop. Multiple bystanders flagged Officer McComb down and told him that the subject was having a panic attack or was dehydrated. Officer McComb observed a young male in a short sleeve shirt and shorts lying on his back holding his stomach. The subject's eyes were extremely dilated, approximately 8mm, even though it was sunny.

When asked if he needed an ambulance, the subject later identified by his California Driver's License as Brendon BELLUOMINI, told Officer McComb that he did not need an ambulance nor did he want any medical assistance. BELLUOMINI told Officer McComb that had been looking for his friend's vehicle, but could not find it. He said his friends were on a hike, and he was unable to contact them and his phone was almost out of battery. He also stated that he had not eaten since having a quesadilla at breakfast. BELLUOMINI only wanted to find the car, but could not narrow down a location as to

Speedy Trial Act Applies: **No**

U.S. v. Brendon Belluomini
Criminal Complaint

where it was.

BELLUOMINI stated that he was overwhelmed by the situation and things were "starting to build up." He stated he had never been diagnosed with panic attacks, but that this was his first one. BELLUOMINI stated how overwhelmed he was by the whole situation.

When asked about whether he had taken any drugs BELLUOMINI stated he had eaten some mushrooms. He stated that he ate mushrooms that he found lying under a tree at about 5:45p.m. BELLUOMINI did not know what type of mushrooms he ate nor how much, but that he was having visual hallucinations. He could not recall if he got the mushrooms out of a bag or not. He only remembered that he got the mushrooms off the ground from under a tree.

The officers told BELLUOMINI that they were concerned about his wellbeing and they didn't want to leave him alone. BELLUOMINI agreed that it would be best if he wasn't left alone. BELLUOMINI also stated that he didn't want to be that crazy person running around the park. Subsequent discussions between Officers and BELLUOMINI's travel companions indicated that BELLUOMINI had brought the mushrooms he ingested into the park.

BELLUOMINI subsequently admitted to the Yosemite National Park Legal office that he had possessed a controlled substance, psilocybin mushrooms, within the park.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

8/2/2017
Date

John Preis
Legal Intern
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

8/2/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

Speedy Trial Act Applies: **No**

U.S. v. Brendon Belluomini
Criminal Complaint

Page **2** of **2**